COOLEY GODWARD LLP
JOHN W. CRITTENDEN (101634)
  jcrittenden@cooley.com
BRIAN E. MITCHELL (190095)
  bmitchell@cooley.com
One Maritime Plaza
20th Floor
San Francisco, CA  94111-3580
Telephone: (415) 693-2000
Facsimile: (415) 951-3699

David A. Shough (Ohio Bar No. 0029678)
        admitted *Pro Hac Vice*
  david.shough@dinslaw.com
Timothy W. Hagan (Ohio Bar No. 0013914)
  timothy.hagan@dinslaw.com
DINSMORE & SHOHL LLP
One Dayton Centre
One South Main Street
Dayton, Ohio  45402-2023
Telephone: (937) 449-6454
Facsimile: (937) 449-6405
david.shough@dinslaw.com

Attorneys for Plaintiff
INNOVATIVE TECHNOLOGY LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE TECHNOLOGY LTD.,<br><br>               Plaintiff,<br><br>         v.<br><br>INTERNATIONAL CURRENCY<br>TECHNOLOGIES CORP.,<br><br>and<br><br>INTERNATIONAL CURRENCY<br>TECHNOLOGIES<br><br>               Defendants. | Case No.  C04-0050 JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER<br>CONTINUING DATES** |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

947812 v2/SF

1   The parties in this action stipulate to and respectfully request the Court to order a

2   continuance of approximately sixty (60) days of all pending deadlines and hearings in this matter.

3   Through undersigned counsel, the parties represent that they have agreed to resolve the present

4   action in its entirety and have executed a Memorandum of Understanding reflecting that

5   agreement.  The Memorandum of Understanding calls for the preparation and execution of certain

6   formal documents by May 31, 2005.  Once said documents are executed, the parties intend to

7   dismiss all claims in this action with prejudice.  In the meantime, the parties respectfully request

8   that the following deadlines and hearing dates set forth in the Court's February 17, 2005 Order

9   Granting Plaintiff's Motion to Continue Hearing on Motion to Dismiss be continued as follows:

10

| Matter | Current Date | New Date |
|--------|--------------|----------|
| Plaintiff to file a supplemental opposition to Defendant ICT Taiwan's motion to dismiss for lack of jurisdiction. | April 29, 2005 | July 1, 2005 |
| Defendants to file a reply in support of motion to dismiss. | May 6, 2005 | July 8, 2005 |
| Hearings on Defendant's motion to dismiss and on Plaintiff's motion to stay | June 3, 2005 at 9:00 a.m. 8/19 | ~~August 5,~~ 2005 at 9:00 a.m. |
| Claims Construction Tutorial | July 26, 2005 at 2:00 p.m. 11/22 | ~~September 27,~~ 2005 at 2:00 p.m. |
| Claims Construction Hearing | August 2, 2005 at 2:00 p.m. 11/29 | ~~October 4,~~ 2005 at 2:00 p.m. |

17

18       /S/
    COOLEY GODWARD LLP
19   JOHN W. CRITTENDEN (101634)
    BRIAN E. MITCHELL (190095)
20   One Maritime Plaza
    20th Floor
21   San Francisco, CA  94111-3580
    Telephone: (415) 693-2000
22   Facsimile: (415) 951-3699
    bmitchell@cooley.com

         /S/
    Pavel Pogodin (206441)
    TRANSPACIFIC LAW GROUP
    617 North Delaware Street
    San Mateo, California 94401
    Telephone: (650) 954-6857
    Telefax: (650) 342-4403
    pavel@transpacificlaw.com

    Attorneys for Defendants
    INTERNATIONAL CURRENCY
    TECHNOLOGIES CORP. and
    INTERNATIONAL CURRENCY
    TECHNOLOGIES

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.
947812 v2/SF

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATES
C04-0050 JSW

1   David A. Shough (Ohio Bar No. 0029678)
        (admitted *pro hac vice*)
2   Timothy W. Hagan (Ohio Bar No. 0013914)
    DINSMORE & SHOHL LLP
3   One Dayton Centre
    One South Main Street
4   Dayton, Ohio  45402-2023
    Telephone: (937) 223-2050
5   Facsimile: (937) 223-0724
    david.shough@dinslaw.com
6
    Attorneys for Plaintiff
7   INNOVATIVE TECHNOLOGY LTD.

8

9

10  IT IS SO ORDERED:

11
    Date:  May 4 , 2005                    /s/ Jeffrey S. White
12                                         JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.
947812 v2/SF

STIPULATION AND [PROPOSED] ORDER
CONTINUING DATES
C04-0050 JSW